**DISMISS and Opinion Filed July 29, 2013**



# In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00636-CV

### IN THE INTEREST OF G. C. H., A CHILD

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. FA-12-1368**

## MEMORANDUM OPINION

Before Justices Moseley, Bridges, and Lang-Miers
Opinion by Justice Bridges

Before the Court is appellant's July 15, 2013 unopposed motion to dismiss the appeal.

Appellant has informed the Court that the parties have settled their differences. Accordingly, we

grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/David L. Bridges
DAVID L. BRIDGES
130636F.P05                                          JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF G. C. H., A CHILD

No. 05-13-00636-CV

On Appeal from the 15th Judicial District Court, Grayson County, Texas.
Trial Court Cause No. FA-12-1368.
Opinion delivered by Justice Bridges. Justices Moseley and Lang-Miers, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that the parties bear their own costs of this appeal.

Judgment entered July 29, 2013

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE